**Syed T. AHMAD, Plaintiff–Appellant,**

**v.**

**NASSAU HEALTH CARE CORP., Anthony Angelo and Jacob Sokol, Defendants–Appellees.**

**No. 02–9406.**

United States Court of Appeals, Second Circuit.

Aug. 14, 2003.

Alan E. Wolin, Wolin & Wolin, Jericho, N.Y., on Submission for Plaintiff–Appellant.

Amy L. Vetry, Nixon Peabody, LLP, Garden City, N.Y., on Submission for Defendants–Appellees.

PRESENT: JACOBS, SOTOMAYOR, Circuit Judges.*

*SUMMARY ORDER*

Syed Ahmad appeals from a final judgment in the United States District Court for the Eastern District of New York (Platt, *J.*) granting the defendants' motion for summary judgment on all claims. We affirm for substantially the reasons stated by the district court. *See Ahmad v. Nassau Health Care Corp.,* 234 F.Supp.2d 185 (E.D.N.Y.2002).

---

* The Honorable Fred I. Parker, who was a member of the panel, died following argument, and the appeal is being decided by the remaining members of the panel, who are in agreement. *See* Local Rule § 0.14(b).